# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **CHRISTINA MASHBURN WILSON,** *aka Christina M. Mashburn*,  Defendant. | **VIOLATION:**  **6429980**  **Location Code: M12**  **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,   **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for June 9, 2022 is **VACATED.**

DATED this  1st   day of June, 2022.

_____
John Johnston
United States Magistrate Judge